RECEIVED

FILED

UNITED STATES DISTRICT COURT

OCT 1 0 2006

OCT 1 8 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Northern District of California

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

C06 06323 JF

SALLY HERRIOT

CASE NO.

Plaintiff(s),

v.

CHANNING HOUSE, a California non-profit corporation

Defendant(s).

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Susan Ann Silverstein, an active member in good standing of the bar of New York State and the District of Columbia whose business address and telephone number (particular court to which applicant is admitted) is

50 East Avenue
Rochester NY, 14604
(585) 530-3100

500 Indiana Ave, N.W. Room 4200
Washington, DC 20001
(202) 879-2710

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Sally Herriot.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: 10/18/06

_____
United States District Judge