Clerk's Use Only

Initial for fee pd.:

Michael Allen
RELMAN & ASSOCIATES
1225 19th St. NW Suite 600
Washington, DC 20036
(202) 728 1888
(Name, address, and phone number of applicant)

**ORIGINAL FILED**
OCT 10 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Sally Herriot

    Plaintiff(s),

v.

Channing House

    Defendant(s).

CASE NO. C 06 06323 JF

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

Pursuant to Civil L.R. 11-3, Michael Allen, an active member in good standing of the bar of the District of Columbia and the State of Virginia, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Sally Herriot in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

  Kerstin Arusha
  Law Foundation of Silicon Valley
  111 W. St. John Street, Suite 315
  San Jose, CA 95113
  (408) 280 2412

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 10/5/06

*[signature]*

Reset Form

United States District Court
For the Northern District of California

| | |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | NORTHERN DISTRICT OF CALIFORNIA |

Sally Herriot

   Plaintiff(s),
   v.

Channing House

   Defendant(s).

CASE NO. C06 06323 JF

(~~Proposed~~)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Michael Allen , an active member in good standing of the bar of the District of Columbia
(particular court to which applicant is admitted) whose business address and telephone number is

Relman & Associates
1225 19th St. NW Suite 600
Washington, DC 20036

, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Sally Herriot

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice* . Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing* .

Dated: 1/16/07

United States District Judge
Jeremy Fogel



RECEIVED
OCT 10 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF COURT
SAN JOSE CALIFORNIA