| Clerk's Use Only |
| --- |
| Initial for fee pd.: |

Michael Allen
RELMAN & ASSOCIATES
1225 19th St. NW Suite 600
Washington, DC 20036
(202) 728 1888
(Name, address, and phone number of applicant)

**ORIGINAL FILED**
OCT 10 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Sally Herriot

　　　　　Plaintiff(s),

　　v.

Channing House

　　　　　Defendant(s).

CASE NO. C 06 06323 JF

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3,  Michael Allen , an active member in good standing of the bar of  the District of Columbia and the State of Virginia , hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing  Sally Herriot  in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

    Kerstin Arusha
    Law Foundation of Silicon Valley
    111 W. St. John Street, Suite 315
    San Jose, CA 95113
    (408) 280 2412

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  10/5/06

_[signature]_

Reset Form

United States District Court
For the Northern District of California

| | |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | NORTHERN DISTRICT OF CALIFORNIA |

Sally Herriot

Plaintiff(s),

v.

Channing House

Defendant(s).

CASE NO. C06 06323 JF

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Michael Allen , an active member in good standing of the bar of the District of Columbia (particular court to which applicant is admitted) whose business address and telephone number is

Relman & Associates
1225 19th St. NW Suite 600
Washington, DC 20036

, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Sally Herriot

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice* . Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing* .

Dated: 1/16/07

United States District Judge
JEREMY FOGEL



RECEIVED
OCT 10 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE, CALIFORNIA