GEORGE J. ZISER, SB# 51879
　E-Mail: ziser@lbbslaw.com
ALEX GRAFT, SB# 239647
　E-Mail: graft@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile:  (415) 434-0882

Attorneys for Defendant
CHANNING HOUSE

*efiled 11/26/07

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SALLY HERRIOT,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CHANNING HOUSE,<br><br>　　　　　Defendant. | CASE NO. C06-06323 JF<br><br>**STIPULATION AND [PROPOSED] ORDER RE WITHDRAWAL OF ASSOCIATED COUNSEL**<br><br>ACTION FILED: October 10, 2006<br>TRIAL DATE:    April 18, 2008 |

**TO THIS HONORABLE COURT, PLAINTIFF AND HER ATTORNEYS OF RECORD:**

SUBJECT TO COURT APPROVAL, defendant CHANNING HOUSE, associated counsel of record **Paul A. Gordon, Esq.** and **James Napoli, Esq.** of Hanson Bridgett Marcus Vlahos & Rudy, and counsel of record **George J. Ziser, Esq.** HEREBY STIPULATE AS FOLLOWS:

Paul Gordon, Esq. and James Napoli, Esq., associated counsel of record for defendant CHANNING HOUSE, shall be permitted to withdraw as counsel of record, effective upon service

///

///

4811-9762-3554.1                           -1-

of the order granting the withdrawal.

DATED: November 13, 2007          LEWIS BRISBOIS BISGAARD & SMITH LLP

By _____
George J. Ziser
Attorneys for Defendant
CHANNING HOUSE

DATED: November 13, 2007          HANSON BRIDGETT MARCUS VLAHOS & RUDY

By _____
PAUL A. GORDON
Attorneys for Defendant
CHANNING HOUSE

DATED: November 13, 2007          HANSON BRIDGETT MARCUS VLAHOS & RUDY

By _____
JAMES NAPOLI
Attorneys for Defendant
CHANNING HOUSE

DATED: November 9, 2007

By _____
CARL BRAGINSKY
Executive Director of defendant
CHANNING HOUSE

4811-9762-3554.1

-2-

**ORDER**

Having considered the foregoing Stipulation, **IT IS HEREBY ORDERED** as follows:

1. Paul Gordon, Esq. and James Napoli, Esq., associated counsel of record for defendant CHANNING HOUSE, shall be permitted to withdraw as counsel of record, effective upon service of the order granting the withdrawal on all parties.

2. As of the date of service of this order on all parties, no further notices, papers or pleadings may be made in this case on Paul Gordon, Esq. and James Napoli, Esq. or HANSON BRIDGETT MARCUS VLAHOS & RUDY on behalf of defendant CHANNING HOUSE.

Dated: 11/21/07



Hon. JEREMY FOGEL

RE:  **_Herriot v. Channing House_**
VENUE:  USDC, Northern District, San Jose Division
CASE NO.:  C06-06323 JF

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

     I am employed in the County of San Francisco, State of California.  I am over the age of 18 and not a party to the within action.  My business address is One Sansome Street, Suite 1400, San Francisco, California  94104.

     On November 15, 2007, I served the following document described as

**STIPULATION AND [PROPOSED] ORDER RE WITHDRAWAL OF ASSOCIATED COUNSEL**

on all interested parties in this action by placing [X] a true copy   [ ] the original thereof enclosed in sealed envelopes addressed as follows:

| **Attorneys for Plaintiff** | **Co-Counsel for Channing House** |
|---|---|
| Susan Ann Silverstein<br>AARP Foundation Litigation<br>601 E. Street, NW, Rm. A4-140<br>Washington, DC 20049<br>T: 202/434-2159; F: 202/434-6424<br>Email: Ssilverstein@aarp.org<br><br>Michael Allen<br>Relman & Associates LLC<br>1225 19th Street, NW, Suite 600<br>Washington, DC 20036<br>T: 202/728-1888; F: 202/728-0848<br>Email: mallen@relmanlaw.com<br><br>Kerstin Arusha<br>Law Foundation of Silicon Valley<br>111 W. St. John Street, Suite 315<br>San Jose, CA 95113<br>T: 408/280-2412; F: 408/293-0106<br>Email: kerstina@lawfoundation.org | Paul A. Gordon<br>James Napoli<br>Hanson Bridgett Marcus Vlahos & Rudy<br>425 Market Street, 26th Floor<br>San Francisco, CA 94105<br>T: 415/995-5014<br>E-mail: pgordon@hansonbridgett.com<br><br>T: 415/995-5060<br>E-mail: jnapoli@hansonbridgett.com.<br><br>F: 415/541-9366 |

[X]   (BY MAIL, 1013a, 2015.5 C.C.P.)

    [ ]   I deposited such envelope in the mail at San Francisco, California.  The envelope was mailed with postage thereon fully prepaid.

    [X]   I am readily familiar with the firm's practice for collection and processing correspondence for mailing.  Under that practice, this document will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at San Francisco, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

4818-9638-2721.1         -1-

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

[X]   (FEDERAL)  I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 15, 2007, at San Francisco, California.

*/s/ Nancy Lew-Pham*
Nancy Lew-Pham