GEORGE J. ZISER, SB# 51879
E-Mail: ziser@lbbslaw.com
ALEX GRAFT, SB# 239647
E-Mail: graft@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys for Defendant
CHANNING HOUSE

E-filed 1/15/08**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SALLY HERRIOT,<br><br>    Plaintiff,<br><br>v.<br><br>CHANNING HOUSE,<br><br>    Defendant. | CASE NO. C06-06323 JF<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DISPOSITIVE MOTION CUT OFF**<br><br>ACTION FILED: October 10, 2006<br>TRIAL DATE: April 18, 2008 |

**TO THIS HONORABLE COURT, PLAINTIFF AND HER ATTORNEYS OF RECORD:**

SUBJECT TO COURT APPROVAL, defendant CHANNING HOUSE, and plaintiff SALLY HERRIOT, through its attorneys of records, (collectively, "the Parties") **HEREBY STIPULATE AS FOLLOWS:**

WHEREAS, on April 20, 2007, this Honorable Court adopted the schedule of the Parties as set forth in the Joint Case Management Statement filed on April 10, 2007. Said schedule set a deadline for hearings on dispositive motions on January 31, 2008.

WHEREAS, the Parties intended to file dispositive motions in this matter on or before December 21, 2007, which would have allowed sufficient notice time to set the hearing on said

dispositive motions within the dispositive motion deadline set forth in the Parties Joint Case Management Statement.

WHEREAS, defendant CHANNING HOUSE, through its attorneys of record, was informed that no hearing date for dispositive motions was available within the January 31, 2008 deadline for hearings on dispositive motions set forth in the Parties Joint Case Management Statement.

WHEREAS, defendant CHANNING HOUSE, through its attorneys of record, was informed on December 19, 2007 that the first available date for hearing on dispositive motions in this matter is February 8, 2008.

Based upon the foregoing, the Parties hereto STIPULATE that, pursuant to this Honorable Court's approval, the deadline for hearing of dispositive motions shall be extended to February 8, 2008. The Parties shall notice dispositive motions in accordance with the Court's Local Rules.

The Parties FURTHER STIPULATE that, pursuant to this Honorable Court's approval, opening briefs on dispositive motions shall not exceed 35 pages, which is an increase to the page limit for opening briefs set forth in Local Rule7-2(b).

DATED: December 20, 2007       LEWIS BRISBOIS BISGAARD & SMITH LLP

By _____
Alex A. Graft
Attorneys for Defendant
CHANNING HOUSE

DATED: December 20, 2007       RELMAN & DANE, PLLC

By _____
Michael Allen
Attorneys for Plaintiff
SALLY HERRIOT

4847-3559-2706.1

-2-

## ORDER

Having considered the foregoing Stipulation, **IT IS HEREBY ORDERED** as follows:

1. The deadline for hearing on dispositive motions shall be extended to February 8, 2008. The Parties shall notice dispositive motions in accordance with the Court's Local Rules.

2. Opening briefs on dispositive motions shall not exceed 35 pages.

Dated: 1/15/08

Hon. JEREMY FOGEL

4847-3559-2706.1

1  RE:        *Herriot v. Channing House*
   VENUE:     USDC, Northern District, San Jose Division
2  CASE NO.:  C06-06323 JF

3                    **CERTIFICATE OF SERVICE**

4  STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

5       I am employed in the County of San Francisco, State of California. I am over
   the age of 18 and not a party to the within action. My business address is One
6  Sansome Street, Suite 1400, San Francisco, California 94104.

7       On December 20, 2007, I served the following document described as

8  **STIPULATION AND [PROPOSED] ORDER CONTINUING DISPOSITIVE MOTION CUT OFF**

9
   on all interested parties in this action by placing [X] a true copy  [ ] the original
10 thereof enclosed in sealed envelopes addressed as follows:

| **Attorneys for Plaintiff**<br>Susan Ann Silverstein<br>AARP Foundation Litigation<br>601 E. Street, NW, Rm. A4-140<br>Washington, DC 20049<br>T: 202/434-2159; F: 202/434-6424<br>Email: Ssilverstein@aarp.org | **Co-Counsel for Channing House**<br>Paul A. Gordon<br>James Napoli<br>Hanson Bridgett Marcus Vlahos & Rudy<br>425 Market Street, 26th Floor<br>San Francisco, CA 94105<br>T: 415/995-5014<br>E-mail: pgordon@hansonbridgett.com<br>T: 415/995-5060<br>E-mail: jnapoli@hansonbridgett.com<br><br>F: 415/541-9366 |
|---|---|
| **Attorneys for Plaintiff**<br>Michael Allen<br>Relman & Associates LLC<br>1225 19th Street, NW, Suite 600<br>Washington, DC 20036<br>T: 202/728-1888; F: 202/728-0848<br>Email: mallen@relmanlaw.com | **Attorneys for Plaintiff**<br>Kerstin Arusha<br>Law Foundation of Silicon Valley<br>111 W. St. John Street, Suite 315<br>San Jose, CA 95113<br>T: 408/280-2412; F: 408/293-0106<br>Email: kerstina@lawfoundation.org |

23 [X]   (BY MAIL, 1013a, 2015.5 C.C.P.)

24      [ ]   I deposited such envelope in the mail at San Francisco, California. The
   envelope was mailed with postage thereon fully prepaid.

25
        [X]   I am readily familiar with the firm's practice for collection and
26 processing correspondence for mailing. Under that practice, this document will be
   deposited with the U.S. Postal Service on this date with postage thereon fully
27 prepaid at San Francisco, California in the ordinary course of business. I am aware
   that on motion of the party served, service is presumed invalid if postal cancellation
28 date or postage meter date is more than one day after date of deposit for mailing in
   affidavit.

4818-9638-2721.1                    -1-

1  [X]  (FEDERAL)  I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 20, 2007, at San Francisco, California.

*[signature]*
Marsha L. Church