GEORGE J. ZISER, SB# 51879
E-Mail: ziser@lbbslaw.com
ALEX GRAFT, SB# 239647
E-Mail: graft@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys for Defendant
CHANNING HOUSE

\*\*E-filed 1/28/08\*\*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SALLY HERRIOT,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CHANNING HOUSE,<br><br>　　　　Defendant. | CASE NO. C06-06323 JF<br><br>**STIPULATION AND [PROPOSED] ORDER INCREASING THE PAGE LIMIT FOR REPLY BRIEFS IN SUPPORT OF SUMMARY JUDGMENT MOTIONS**<br><br>ACTION FILED: October 10, 2006<br>TRIAL DATE: April 18, 2008 |

**TO THIS HONORABLE COURT, PLAINTIFF AND HER ATTORNEYS OF RECORD:**

SUBJECT TO COURT APPROVAL, defendant CHANNING HOUSE, and plaintiff SALLY HERRIOT, through their attorneys of record, (collectively, "the Parties") **HEREBY STIPULATE AS FOLLOWS:**

WHEREAS, on January 4, 2008, defendant CHANNING HOUSE filed a Motion for Summary Judgment or in the Alternative, Summary Adjudication as to each cause of action alleged in plaintiff SALLY HERRIOT's Complaint, and all of them, and plaintiff SALLY HERRIOT filed a Motion for Partial Summary Judgment as to cause of action arising under the

federal Fair Housing Act, the California Fair Employment and Housing Act, and California Civil Code §§51 and 54.1. Both Motions are set to be heard before this Honorable Court on February 8, 2008.

WHEREAS, on January 15, 2008, this Honorable Court signed an order adopting the Parties' Stipulation and [Proposed] Order Continuing Dispositive Motion Cut off, which also expressly extended the page limit on Opening briefs to 35 pages.

WHEREAS on January 24, 2008, this Honorable Court signed an order adopting the Parties' Stipulation and [Proposed] Order Requesting to Increase the Page Limits on Opposition briefs to 35 pages.

Based upon the foregoing, the Parties hereto STIPULATE that, pursuant to this Honorable Court's approval, Reply briefs in support of the dispositive motions filed on January 4, 2008 shall not exceed 20 pages, which is an increase to the page limit for reply briefs set forth in Local Rule 7-3(c).

DATED: January 25, 2008         LEWIS BRISBOIS BISGAARD & SMITH LLP

                                By _____
                                   Alex A. Graft
                                   Attorneys for Defendant
                                   CHANNING HOUSE


DATED: January 25, 2008         RELMAN & DANE, PLLC

                                By _____
                                   Michael Allen
                                   Attorneys for Plaintiff
                                   SALLY HERRIOT

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

## ORDER

Having considered the foregoing Stipulation, **IT IS HEREBY ORDERED** as follows:

1. Reply briefs in support of the dispositive motions filed on January 4, 2008 shall not exceed 20 pages.

Dated: 1/28/08

_____
Hon. JEREMY FOGEL