MICHAEL ALLEN
mallen@relmanlaw.com
ANITA KHANDELWAL (State Bar # 243743)
akhandelwal@relmanlaw.com
**RELMAN & ASSOCIATES LLC**
1225 19th Street NW, Suite 600
Washington, DC 20036
Telephone: 202-728-1888
Facsimile: 202-728-0848

KERSTIN ARUSHA (State Bar # 182624)
kerstina@lawfoundation.org
**FAIR HOUSING LAW PROJECT**
111 West Saint John Street, Suite 315
San Jose, California 95113
Telephone: 408-280-2412
Facsimile:  408-293-0106

SUSAN ANN SILVERSTEIN
ssilverstein@aarp.org
**AARP FOUNDATION LITIGATION**
601 E. Street, NW, Rm A4-140
Washington DC 20049
Telephone: 202-434-2159
Facsimile: 202-434-6424

Attorneys for Plaintiff

GEORGE J. ZISER (State Bar # 51879)
ziser@lbbslaw.com
ALEX A. GRAFT (State Bar # 239647)
graft@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
One Sansome St., Suite 1400
San Francisco, California 94104
Telephone: 415-362-2580
Facsimile: 415-434-0882

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### (SAN JOSE)

| | |
|---|---|
| **SALLY HERRIOT,**<br><br>                              Plaintiff,<br><br>— *v.* —<br><br>**CHANNING HOUSE,**<br><br>                              Defendant. | Case No.  C06-06323 JF<br><br>[~~PROPOSED~~] ORDER CONTINUING TRIAL DATE<br><br>Trial Date:   **June 6, 2008**<br>Time:         1:30 p.m.<br>Courtroom: 3 |

1

**[PROPOSED] ORDER**

2
     For the reasons set forth above, trial in this matter is continued to

3
_____9/26/08_____ and the Pretrial Conference in this matter will be held on -

4
_____9/19/08_____.

5

6
IT IS SO ORDERED.

7
Dated: _____5/21/08_____

8
THE HONORABLE JEREMY FOGEL

9
United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

_____

PROPOSED ORDER CONTINUING TRIAL DATE