**E-filed 7/2/08**

MICHAEL ALLEN
*mallen@relmanlaw.com*
ANITA KHANDELWAL (State Bar # 243743)
*akhandelwal@relmanlaw.com*
**RELMAN & DANE, PLLC**
1225 19th Street NW, Suite 600
Washington, DC 20036
Telephone: 202-728-1888
Facsimile: 202-728-0848

KERSTIN ARUSHA (State Bar # 182624)
*kerstina@lawfoundation.org*
**FAIR HOUSING LAW PROJECT**
111 West Saint John Street, Suite 315
San Jose, California 95113
Telephone: 408-280-2412
Facsimile: 408-293-0106

SUSAN ANN SILVERSTEIN
*ssilverstein@aarp.org*
**AARP FOUNDATION LITIGATION**
601 E. Street, NW, Rm A4-140
Washington DC 20049
Telephone: 202-434-2159
Facsimile: 202-434-6424

Attorneys for Plaintiff

GEORGE J. ZISER (State Bar # 51879)
*ziser@lbbslaw.com*
ALEX A. GRAFT (State Bar # 239647)
*graft@lbbslaw.com*
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
One Sansome St., Suite 1400
San Francisco, California 94104
Telephone: 415-362-2580
Facsimile: 415-434-0882

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### (San Jose)

|  |  |
|---|---|
| SALLY HERRIOT, | Case No. C06-06323 JF |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER STAYING THE COURT'S RULING ON CROSS-MOTIONS FOR SUMMARY JUDGMENT** |
| — v.— | |
| CHANNING HOUSE, | Trial Date: **September 26, 2008** |
| Defendant. | Time: **1:30 p.m.** |
|  | Courtroom: **3** |

4832-9291-6738.1C:\DOCUME~1\graft\LOCALS~1\Temp\XPGRPWISE\Stipulation Extending Time 5.15.08.doc

WHEREAS the parties came before the Court on cross-motions for summary judgment on February 8, 2008, and by civil minute order of that date, the Court provided that the motions were to be taken under submission "after receipt of an independent medical evaluation" of Sally Herriot, and continued the jury trial in this matter to June 6, 2008, with a pretrial conference set for May 30, 2008; and

WHEREAS, the independent medical examination (by Ami Laws, M.D., Stanford University School of Medicine Concierge, Diabetes & Executive Care) was forwarded to the Court via express mail on May 29, 2008; and

WHEREAS, given the proximity of that date to the proposed pretrial conference on May 30, 2008, and pursuant to stipulation between the parties, the Court continued the trial date in this matter to September 26, 2008 by order signed on May 21, 2008 and filed on May 22, 2008; and

WHEREAS, following the furnishing of the independent medical examination report to the Court, the parties have agreed to pursue further settlement negotiations to determine whether a resolution can be reached prior to the Court ruling on the cross-motions for summary judgment; and

WHEREAS, the parties seek a short window of time to pursue further settlement negotiations prior to the Court's ruling on the cross-motions for summary judgment to determine whether this matter can be resolved between the parties; and

WHEREAS, the parties agree to reevaluate prospects for settlement in two weeks at which time they will be able to represent to the Court whether settlement negotiations are progressing or at a impasse.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant, by and through their respective undersigned counsel, and subject to Court approval, that the Court shall stay its ruling on the cross-motions for summary judgment,

4832-9291-6738.1C:\DOCUME~1\graft\LOCALS~1\Temp\XPGRPWISE\Stipulation Extending Time 5.15.08.doc

STIPULATION AND [PROPOSED] ORDER RE STAY ON RULING ON CROSS-MOTIONS FOR SUMMARY JUDGMENT

presently under submission, until at least close of business on June 24, 2008, by which time the

parties will have jointly represented to the Court either (1) that a settlement has been reached

between the parties; (2) that settlement negotiations have progressed and the parties will require

additional time to reach a settlement; or (3) that the parties are at an impasse such that further

settlement negotiations would be unlikely to resolve the matter at this stage of the litigation.

**IT IS SO STIPULATED:**

Dated: June 11, 2008          RELMAN & DANE, PLLC

                              //s//
                              Michael Allen
                              Attorney for Plaintiff


Dated: June 11, 2008          LEWIS, BRISBOIS, BISGAARD, & SMITH LLP

                              //s//
                              Alex A. Graft
                              Attorney for Defendant


## ORDER

For the reasons set forth above, the Court shall stay its ruling on the cross-motions for

summary judgment, presently under submission, until at least close of business on June 24, 2008,

by which time the parties will have jointly represented to the Court either (1) that a settlement

has been reached between the parties; (2) that settlement negotiations have progressed and the

parties will require additional time to reach a settlement; or (3) that the parties are at an impasse

///

///

4832-9291-6738.1C:\DOCUME~1\graft\LOCALS~1\Temp\XPGRPWISE\Stipulation Extending Time
5.15.08.doc

such that further settlement negotiations would be unlikely to resolve the matter at this stage of the litigation.

IT IS SO ORDERED.

Dated: _____7/2/08_____          _____

THE HONORABLE JEREMY FOGEL
United States District Judge

RE:        ***Herriot v. Channing House***
VENUE:     USDC, Northern District, San Jose Division
CASE NO.: C06-06323 JF

## CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is One Sansome Street, Suite 1400, San Francisco, California  94104.

On June 11, 2008, I served the following document described as

**STIPULATION AND [PROPOSED] ORDER STAYING THE COURT'S RULING ON CROSS-MOTIONS FOR SUMMARY JUDGMENT**

on all interested parties in this action by placing  [X] a true copy   [  ] the original thereof enclosed in sealed envelopes addressed as follows:

| |  |
|---|---|
| **Attorneys for Plaintiff**<br>Susan Ann Silverstein<br>AARP Foundation Litigation<br>601 E. Street, NW, Rm. A4-140<br>Washington, DC 20049<br>T: 202/434-2159; F: 202/434-6424<br>Email: Ssilverstein@aarp.org<br>**- - - and - -**<br>Michael Allen<br>Relman & Associates LLC<br>1225 19th Street, NW, Suite 600<br>Washington, DC 20036<br>T: 202/728-1888; F: 202/728-0848<br>Email: mallen@relmanlaw.com | |

**[X]**    (BY MAIL, 1013a, 2015.5 C.C.P.)

[  ]   I deposited such envelope in the mail at San Francisco, California.  The envelope was mailed with postage thereon fully prepaid.

**[X]**    I am readily familiar with the firm's practice for collection and processing correspondence for mailing.  Under that practice, this document will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at San Francisco, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**[X]**    (FEDERAL)  I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

**LEWIS BRISBOIS BISGAARD & SMITH** LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

Executed on June 11, 2008, at San Francisco, California.

Karla A. Vitalie

LEWIS BRISBOIS BISGAARD & SMITH LLP

ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

4818-9638-2721.1

**mailing list only:**

Susan Ann Silverstein
AARP Foundation Litigation
601 E. Street, NW, Rm. A4-140
Washington, DC 20049

Michael Allen
Relman & Associates LLC
1225 19th Street, NW, Suite 600
Washington, DC 20036

Kerstin Arusha
Law Foundation of Silicon Valley
111 W. St. John Street, Suite 315
San Jose, CA 95113

Paul A. Gordon
James Napoli
Hanson Bridgett Marcus Vlahos & Rudy
425 Market Street, 26th Floor
San Francisco, CA 94105

Mediator
John F. Barg
Barg Coffin Lewis & Trapp
One Market Street
Steuart Tower, Suite 2700
San Francisco, CA 94105
Phone: 415/228-5400
Fax:    415/228-5450

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

-3-