MICHAEL ALLEN
mallen@relmanlaw.com
ANITA KHANDELWAL (State Bar # 243743)
akhandelwal@relmanlaw.com
**RELMAN & ASSOCIATES LLC**
1225 19th Street NW, Suite 600
Washington, DC  20036
Telephone: 202-728-1888
Facsimile: 202-728-0848

SUSAN ANN SILVERSTEIN
ssilverstein@aarp.org
**AARP FOUNDATION LITIGATION**
601 E. Street, NW, Rm A4-140
Washington DC 20049
Telephone: 202-434-2159
Facsimile: 202-434-6424

Attorneys for Plaintiff

GEORGE J. ZISER (State Bar # 51879)
ziser@lbbslaw.com
ALEX A. GRAFT (State Bar # 239647)
graft@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
One Sansome St., Suite 1400
San Francisco, California 94104
Telephone: 415-362-2580
Facsimile: 415-434-0882

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE)

| | |
|---|---|
| SALLY HERRIOT,<br><br>                Plaintiff,<br><br>— v. —<br><br>CHANNING HOUSE,<br><br>                Defendant. | Case No.  C06-06323 JF<br><br>**STIPULATION AND [PROPOSED] ORDER LIFTING STAY ON CONSIDERATION OF CROSS-MOTIONS FOR SUMMARY JUDGMENT**<br><br>Trial Date:  **September 26, 2008**<br>Time:  1:30 p.m.<br>Courtroom:  3 |

WHEREAS, on July 2, 2008, based upon the parties' stipulation, the Court entered an Order staying its ruling on the pending cross-motions for summary judgment; and

WHEREAS the parties have engaged in good faith attempts to settle this matter, but jointly agree that they are at an impasse, effective July 7, 2008.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant, by and through their respective undersigned counsel, that they are at an impasse in terms of settlement; that the Court's ruling on the pending cross-motions for summary judgment will materially assist in settlement negotiations; and

IT IS FURTHER STIPULATED AND AGREED by and between Plaintiff and Defendant, by and through their respective undersigned counsel, that the Court lift the stay imposed by its July 2, 2008 Order and make a ruling on the cross-motions for summary judgment.

IT IS SO STIPULATED:

Dated: July 8, 2008        RELMAN & DANE, PLLC

_____
Michael Allen
Attorney for Plaintiff


Dated: July 8, 2008        LEWIS, BRISBOIS, BISGAARD, & SMITH LLP

_____/s/ Alex A. Graft_____
Alex A. Graft
Attorney for Defendant

### [PROPOSED] ORDER

For the reasons set forth above, the Court hereby vacates the stay on its ruling with respect to cross-motions for summary judgment which are presently under submission.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  7/11/08                         _____
                                        THE HONORABLE JEREMY FOGEL
                                        United States District Judge

STIPULATION AND [PROPOSED] ORDER LIFTING STAY ON CONSIDERATION OF CROSS-MOTIONS FOR SUMMARY JUDGMENT

## CERTIFICATE OF SERVICE
## NORTHERN DISTRICT OF CALIFORNIA

I hereby certify that on July 8, 2008, a copy of the foregoing Stipulation and Proposed Order Lifting Stay on Consideration of Cross-Motions for Summary Judgment was electronically filed and by operation of the Court's ECF system was served upon the following by electronic mail:

**George J. Ziser**
**Alex Graft**
Lewis Brisbois Bisgaard & Smith LLP
One Sansome Street, Suite 1400
San Francisco, CA 94104
Tel: (415) 362 2580
Fax: (415) 434 0882
Email: ziser@lbbslaw.com
Email: graft@lbbslaw.com

**Paul A. Gordon**
**James Napoli**
HANSON DRIDGETT MARCUS VLAHOS & RUDY
425 Market Street, 26th Floor
San Francisco, CA 94105
Tel: (415) 995-5014
Fax: (415) 541-9366
Email: pgordon@hansonbridgett.com
Email: jnapoli@hansonbridgett.com

                                                           /s/ Nayna Gupta
                                                            Nayna Gupta