GEORGE J. ZISER, SB# 51879
E-Mail: ziser@lbbslaw.com
ALEX GRAFT, SB# 239647
E-Mail: graft@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys for Defendant
CHANNING HOUSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SALLY HERRIOT, | CASE NO. C06-06323 JF |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER EXTENDING PAGE LIMIT ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |
| CHANNING HOUSE, | |
| Defendant. | |

**TO THIS HONORABLE COURT:**

SUBJECT TO COURT APPROVAL, defendant CHANNING HOUSE, and plaintiff SALLY HERRIOT, through their attorneys of records, (collectively, "the Parties") **HEREBY STIPULATE AS FOLLOWS:**

WHEREAS, defendant CHANNING HOUSE intends to file a Motion for Summary Judgment on October 10, 2008 in accordance with the hearing date of November 14, 2008 set by the Court at the Case Management Conference on September 19, 2008.

WHEREAS, defendant CHANNING HOUSE anticipates that said Motion may exceed the page limit for opening briefs set forth in Local Rule 7-2(b).

4842-1123-4819.1               -1-

1   WHEREAS, defendant CHANNING HOUSE anticipates that said Motion may exceed the
2   page limit for opening briefs set forth in Local Rule 7-2(b).
3   Based upon the foregoing, the Parties hereto STIPULATE that, pursuant to this Honorable
4   Court's approval, defendant CHANNING HOUSE's opening brief on its dispositive motion set for
5   hearing on November 14, 2008 shall not exceed 30 pages, which is an increase to the page limit for
6   opening briefs set forth in Local Rule 7-2(b).

9   DATED: October 6, 2008            LEWIS BRISBOIS BISGAARD & SMITH LLP

11                                     By _____
                                       Alex A. Graft
12                                     Attorneys for Defendant
                                       CHANNING HOUSE

14  DATED: October __, 2008            RELMAN & DANE, PLLC

16                                     By _____
                                       Michael Allen
17                                     Attorneys for Plaintiff
                                       SALLY HERRIOT

**ORDER**

22  Having considered the foregoing Stipulation, **IT IS HEREBY ORDERED** that defendant
23  Channing House's Opening brief on its dispositive motion set for hearing on November 14, 2008
24  shall be permitted to exceed the page limit for opening briefs set forth in Local Rule 7-2(b), but shall
25  not exceed 30 pages.

28  Dated:

4842-1123-4819.1                       -2-

ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

Based upon the foregoing, the Parties hereto STIPULATE that, pursuant to this Honorable Court's approval, defendant CHANNING HOUSE's opening brief on its dispositive motion set for hearing on November 14, 2008 shall not exceed 30 pages, which is an increase to the page limit for opening briefs set forth in Local Rule7-2(b).

DATED: October 6, 2008         LEWIS BRISBOIS BISGAARD & SMITH LLP


By _____
   Alex A. Graft
   Attorneys for Defendant
   CHANNING HOUSE


DATED: October __, 2008         RELMAN & DANE, PLLC


By _____
   Michael Allen
   Attorneys for Plaintiff
   SALLY HERRIOT

### ORDER

Having considered the foregoing Stipulation, **IT IS HEREBY ORDERED** that defendant Channing House's Opening brief on its dispositive motion set for hearing on November 14, 2008 shall be permitted to exceed the page limit for opening briefs set forth in Local Rule7-2(b), but shall not exceed 30 pages.

Dated: 10/9/08

_____
Hon. JEREMY FOGEL

4842-1123-4819.1                    -2-