MICHAEL ALLEN
mallen@relmanlaw.com
ANITA KHANDELWAL (State Bar # 243743)
akhandelwal@relmanlaw.com
**RELMAN & ASSOCIATES LLC**
1225 19th Street NW, Suite 600
Washington, DC 20036
Telephone: 202-728-1888
Facsimile: 202-728-0848

SUSAN ANN SILVERSTEIN
ssilverstein@aarp.org
**AARP FOUNDATION LITIGATION**
601 E. Street, NW, Rm A4-140
Washington DC 20049
Telephone: 202-434-2159
Facsimile: 202-434-6424

Attorneys for Plaintiff

GEORGE J. ZISER (State Bar # 51879)
ziser@lbbslaw.com
ALEX A. GRAFT (State Bar # 239647)
graft@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
One Sansome St., Suite 1400
San Francisco, California 94104
Telephone: 415-362-2580
Facsimile: 415-434-0882

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE)

| | |
|---|---|
| **SALLY HERRIOT,**<br><br>　　　　　　　Plaintiff,<br><br>— v.—<br><br>**CHANNING HOUSE,**<br><br>　　　　　　　Defendant. | Case No.  C06-06323 JF<br><br>**STIPULATION AND [PROPOSED] ORDER RESETTING MOTIONS AND EXTENDING BRIEFING SCHEDULE**<br><br>Motion Date:  **November 14, 2008**<br>Time:　　　　9:00 a.m.<br>Courtroom:  3 |

　　　In light of a medical issue affecting lead counsel for the Plaintiff, the parties, by counsel, hereby STIPULATE to a continuance of the hearing date on Channing House's Motion for Summary Judgment, and plaintiff's Motion for Reconsideration to Friday, November 21, 2008 at 9:00 a.m.; and the parties further stipulate that their respective opposition briefs will be due on November 5, 2008, and their respective reply briefs shall be due on November 14, 2008.

IT IS SO STIPULATED:

Dated: October 30, 2008                    RELMAN & DANE, PLLC

                                           _____
                                           Michael Allen
                                           Attorney for Plaintiff


Dated: October 30, 2008                    LEWIS, BRISBOIS, BISGAARD, & SMITH LLP

                                           _____/s/ Alex A. Graft_____
                                           Alex A. Graft
                                           Attorney for Defendant

## ORDER

For the reasons set forth above, the Court hereby continues the motions hearing date to November 21, 2008, extends the time for filing opposition briefs to November 5, 2008. Reply briefs will be filed by November 14, 2008.

IT IS SO ORDERED.

Dated: 11/3/08                             _____
                                           THE HONORABLE JEREMY FOGEL
                                           United States District Judge

# CERTIFICATE OF SERVICE
## NORTHERN DISTRICT OF CALIFORNIA

I hereby certify that on October 30, 2008, a copy of the foregoing Stipulation and [Proposed] Order Resetting Motions and Extending Briefing Schedule was electronically filed and by operation of the Court's ECF system was served upon the following by electronic mail:

**George J. Ziser**
**Alex Graft**
Lewis Brisbois Bisgaard & Smith LLP
One Sansome Street, Suite 1400
San Francisco, CA 94104
Tel: (415) 362 2580
Fax: (415) 434 0882
Email: ziser@lbbslaw.com
Email: graft@lbbslaw.com

**Paul A. Gordon**
**James Napoli**
HANSON DRIDGETT MARCUS VLAHOS & RUDY
425 Market Street, 26th Floor
San Francisco, CA 94105
Tel: (415) 995-5014
Fax: (415) 541-9366
Email: pgordon@hansonbridgett.com
Email: jnapoli@hansonbridgett.com

/s/ Nayna Gupta
Nayna Gupta