New Text

MICHAEL ALLEN
mallen@relmanlaw.com
ANITA KHANDELWAL (State Bar # 243743)
akhandelwal@relmanlaw.com
**RELMAN & ASSOCIATES LLC**
1225 19th Street NW, Suite 600
Washington, DC 20036
Telephone: 202-728-1888
Facsimile: 202-728-0848

SUSAN ANN SILVERSTEIN
ssilverstein@aarp.org
**AARP FOUNDATION LITIGATION**
601 E. Street, NW, Rm A4-140
Washington DC 20049
Telephone: 202-434-2159
Facsimile: 202-434-6424

Attorneys for Plaintiff

GEORGE J. ZISER (State Bar # 51879)
ziser@lbbslaw.com
ALEX A. GRAFT (State Bar # 239647)
graft@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
One Sansome St., Suite 1400
San Francisco, California 94104
Telephone: 415-362-2580
Facsimile: 415-434-0882

Attorneys for Defendant

**E-Filed 11/14/08**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE)

| | |
|---|---|
| **SALLY HERRIOT,**<br><br>　　　　　　Plaintiff,<br><br>— v. —<br><br>**CHANNING HOUSE,**<br><br>　　　　　　Defendant. | Case No. C06-06323 JF<br><br>**STIPULATION AND [PROPOSED] ORDER TO THE TELEPHONIC APPEARANCE OF COUNSEL FOR PLAINTIFF, MICHAEL ALLEN**<br><br>Motion Date: **November 21, 2008**<br>Time:　　　　9:00 a.m.<br>Courtroom:　　3 |

　　　In light of a scheduling conflict that prevents lead counsel for Plaintiff, Michael Allen, from appearing in person at the hearing on Channing House's Motion for Summary Judgment, and Plaintiff's Motion for Reconsideration on Friday, November 21, 2008 at 9:00 a.m., the parties, by counsel, hereby STIPULATE to the telephonic appearance of counsel, Michael Allen, at the aforementioned hearing.

---

STIPULATION AND [PROPOSED] ORDER TO THE TELEPHONIC APPEARANCE OF COUNSEL FOR PLAINTIFF, MICHAEL ALLEN

1

IT IS SO STIPULATED:

Dated: November 13, 2008     RELMAN & DANE, PLLC

_____
Michael Allen
Attorney for Plaintiff

Dated: November 13, 2008     LEWIS, BRISBOIS, BISGAARD, & SMITH LLP

_____/s/ Alex A. Graft_____
Alex A. Graft
Attorney for Defendant

## ORDER

For the reasons set forth above, the Court hereby grants counsel's request to appear telephonically at the hearing on November 21, 2008.

IT IS SO ORDERED.

Dated: 11/14/08

_____
THE HONORABLE JEREMY FOGEL
United States District Judge

---

**STIPULATION AND [PROPOSED] ORDER TO THE TELEPHONIC APPEARANCE OF COUNSEL FOR PLAINTIFF, MICHAEL ALLEN**

**CERTIFICATE OF SERVICE**
**NORTHERN DISTRICT OF CALIFORNIA**

I hereby certify that on November 13, 2008, a copy of the foregoing Stipulation and [Proposed] Order To The Telephonic Appearance Of Counsel for Plaintiff, Michael Allen was electronically filed and by operation of the Court's ECF system was served upon the following by electronic mail:

**George J. Ziser**
**Alex Graft**
Lewis Brisbois Bisgaard & Smith LLP
One Sansome Street, Suite 1400
San Francisco, CA 94104
Tel: (415) 362 2580
Fax: (415) 434 0882
Email: ziser@lbbslaw.com
Email: graft@lbbslaw.com

**Paul A. Gordon**
**James Napoli**
HANSON DRIDGETT MARCUS VLAHOS & RUDY
425 Market Street, 26th Floor
San Francisco, CA 94105
Tel: (415) 995-5014
Fax: (415) 541-9366
Email: pgordon@hansonbridgett.com
Email: jnapoli@hansonbridgett.com

　　　　　　　　　　　　　　　　　　　　　　　／s/ Katie Mesner-Hage
　　　　　　　　　　　　　　　　　　　　　　　Katie Mesner-Hage