**E-Filed 2/25/09**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| SALLY HERRIOT,<br><br>            Plaintiff,<br><br>     v.<br><br>CHANNING HOUSE,<br><br>            Defendant. | Case Number C 06-6323 JF (RS)<br><br>ORDER[1] VACATING CASE MANAGEMENT CONFERENCE; DIRECTING COUNSEL TO CONFER RE HEARING DATE FOR PLAINTIFF'S MOTION FOR STAY; AND EXTENDING STAY PENDING DISPOSITION OF PLAINTIFF'S MOTION FOR STAY |

In its order of January 29, 2009, the Court stayed execution of the judgment pending a Case Management Conference on February 27, 2009 at 10:30 a.m. The Court has been informed that Plaintiff intends to file a motion for stay pending appeal. Given the sensitive nature of this case, the Court will continue the current stay pending the filing and disposition of that motion. As soon as is practicable, Counsel shall confer and submit to the Court a stipulation and proposed order setting forth an expedited briefing schedule and hearing date for Plaintiff's motion for stay.

---

[1] This disposition is not designated for publication in the official reports.

Case No. C 06-6323 JF (RS)
ORDER VACATING CMC ETC.
(JFLC2)

1 | The Case Management Conference set for February 27, 2009 is VACATED.

2 |     IT IS SO ORDERED.

5 | DATED: February 25, 2009

_____
JEREMY FOGEL
United States District Judge

Case No. C 06-6323 JF (RS)
ORDER VACATING CMC ETC.
(JFLC2)

This Order has been served electronically upon the following persons:

Alexander A. Graft graft@lbbslaw.com

George John Ziser ziser@lbbslaw.com

James F. Zahradka , II jamesz@lawfoundation.org, teresam@lawfoundation.org

Kimberly Pederson kimp@lawfoundation.org

Kyra Ann Kazantzis kyrak@lawfoundation.org

Michael Allen mallen@relmanlaw.com, ngupta@relmanlaw.com

Case No. C 06-6323 JF (RS)
ORDER VACATING CMC ETC.
(JFLC2)