**E-Filed 3/2/09**

MICHAEL ALLEN
*mallen@relmanlaw.com*
ANITA KHANDELWAL (State Bar # 243743)
*akhandelwal@relmanlaw.com*
**RELMAN & ASSOCIATES LLC**
1225 19th Street NW, Suite 600
Washington, DC  20036
Telephone: 202-728-1888
Facsimile: 202-728-0848

SUSAN ANN SILVERSTEIN
*ssilverstein@aarp.org*
**AARP FOUNDATION LITIGATION**
601 E. Street, NW, Rm A4-140
Washington DC 20049
Telephone: 202-434-2159
Facsimile: 202-434-6424

Attorneys for Plaintiff

GEORGE J. ZISER (State Bar # 51879)
*ziser@lbbslaw.com*
ALEX A. GRAFT (State Bar # 239647)
*graft@lbbslaw.com*
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
One Sansome St., Suite 1400
San Francisco, California 94104
Telephone: 415-362-2580
Facsimile: 415-434-0882

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE)

| | |
|---|---|
| **SALLY HERRIOT,**<br><br>                    Plaintiff,<br><br>–– *v.*––<br><br>**CHANNING HOUSE,**<br><br>                    Defendant. | Case No.  C06-06323 JF<br><br>**STIPULATION AND [PROPOSED] ORDER**<br><br>Motion Date:   **April 3, 2009**<br>Time:             9:00 a.m.<br>Courtroom:    3 |

  The parties hereby STIPULATE that Plaintiff's motion for a stay or injunction pending appeal will be heard by this Court on April 3, 2009.  Furthermore, Plaintiff shall file her motion and supporting papers on or before March 11, 2009, Defendant shall file its opposition on or before March 23, 2009, and Plaintiff shall filed her reply on or before March 27, 2009.

1

IT IS SO STIPULATED:

Dated: February 27, 2009          RELMAN & DANE, PLLC

                                                 /s/ Michael Allen
                                        Michael Allen
                                        Attorney for Plaintiff

Dated: February 27, 2009          LEWIS, BRISBOIS, BISGAARD, & SMITH LLP

                                               /s/ Alex A. Graft
                                        Alex A. Graft
                                        Attorney for Defendant

**[PROPOSED] ORDER**

For the reasons set forth above, the Court will hear Plaintiff's motion for a stay or injunction pending appeal on April 3, 2009.  Furthermore, Plaintiff shall file her motion and supporting papers on or before March 11, 2009, Defendant shall file its opposition on or before March 23, 2009, and Plaintiff shall filed her reply on or before March 27, 2009.

IT IS SO ORDERED.

Dated: 3/2/09

THE HONORABLE JEREMY FOGEL
United States District Judge

# CERTIFICATE OF SERVICE

## NORTHERN DISTRICT OF CALIFORNIA

I hereby certify that on February 27, 2009 a copy of the foregoing Stipulation and Proposed Order were electronically filed and by operation of the Court's ECF system were served upon the following by electronic mail:

**George J. Ziser**
**Alex Graft**
Lewis Brisbois Bisgaard & Smith LLP
One Sansome Street, Suite 1400
San Francisco, CA 94104
Tel: (415) 362 2580
Fax: (415) 434 0882
Email: ziser@lbbslaw.com
Email: graft@lbbslaw.com

**Paul A. Gordon**
**James Napoli**
HANSON DRIDGETT MARCUS VLAHOS & RUDY
425 Market Street, 26th Floor
San Francisco, CA 94105
Tel: (415) 995-5014
Fax: (415) 541-9366
Email: pgordon@hansonbridgett.com
Email: jnapoli@hansonbridgett.com

/s/__Michael Allen_____

Michael Allen