| | |
|---|---|
| MICHAEL ALLEN<br>*mallen@relmanlaw.com*<br>ANITA KHANDELWAL (State Bar # 243743)<br>*akhandelwal@relmanlaw.com*<br>**RELMAN & ASSOCIATES LLC**<br>1225 19th Street NW, Suite 600<br>Washington, DC  20036<br>Telephone: 202-728-1888<br>Facsimile: 202-728-0848<br><br>SUSAN ANN SILVERSTEIN<br>*ssilverstein@aarp.org*<br>**AARP FOUNDATION LITIGATION**<br>601 E. Street, NW, Rm A4-140<br>Washington DC 20049<br>Telephone: 202-434-2159<br>Facsimile: 202-434-6424<br><br>Attorneys for Plaintiff | GEORGE J. ZISER (State Bar # 51879)<br>*ziser@lbbslaw.com*<br>ALEX A. GRAFT (State Bar # 239647)<br>*graft@lbbslaw.com*<br>**LEWIS BRISBOIS BISGAARD & SMITH LLP**<br>One Sansome St., Suite 1400<br>San Francisco, California 94104<br>Telephone: 415-362-2580<br>Facsimile: 415-434-0882<br><br>Attorneys for Defendant |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE)

| | |
|---|---|
| **SALLY HERRIOT,**<br><br>                    Plaintiff,<br><br>–– *v.*––<br><br>**CHANNING HOUSE,**<br><br>                    Defendant. | Case No.  C06-06323 JF<br><br>**STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER**<br><br>Motion Date:   **April 10, 2009**<br>Time:              9:00 a.m.<br>Courtroom:  3 |

   The parties hereby STIPULATE that Plaintiff's motion for a stay or injunction pending appeal will be heard by this Court on April 10, 2009.  Furthermore, Plaintiff shall file her motion and supporting papers on or before March 18, 2009, Defendant shall file its opposition on or before March 30, 2009, and Plaintiff shall filed her reply on or before April 3, 2009.

IT IS SO STIPULATED:

Dated:  March 9, 2009         RELMAN & DANE, PLLC

                                                  /s/ Michael Allen
                              Michael Allen
                              Attorney for Plaintiff

Dated:  March 9, 2009         LEWIS, BRISBOIS, BISGAARD, & SMITH LLP

                                                  /s/ Alex A. Graft
                              Alex A. Graft
                              Attorney for Defendant

## [PROPOSED] ORDER

For the reasons set forth above, the Court will hear Plaintiff's motion for a stay or injunction pending appeal on April 10, 2009.  Furthermore, Plaintiff shall file her motion and supporting papers on or before March 18, 2009, Defendant shall file its opposition on or before March 30, 2009, and Plaintiff shall filed her reply on or before April 3, 2009.

IT IS SO ORDERED.

Dated:  3/10/09                             _____

THE HONORABLE JEREMY FOGEL
United States District Judge

# CERTIFICATE OF SERVICE

## NORTHERN DISTRICT OF CALIFORNIA

I hereby certify that on March 9, 2009 a copy of the foregoing Stipulation and Proposed Order were electronically filed and by operation of the Court's ECF system were served upon the following by electronic mail:

**George J. Ziser**
**Alex Graft**
Lewis Brisbois Bisgaard & Smith LLP
One Sansome Street, Suite 1400
San Francisco, CA 94104
Tel: (415) 362 2580
Fax: (415) 434 0882
Email: ziser@lbbslaw.com
Email: graft@lbbslaw.com

**Paul A. Gordon**
**James Napoli**
HANSON DRIDGETT MARCUS VLAHOS & RUDY
425 Market Street, 26th Floor
San Francisco, CA 94105
Tel: (415) 995-5014
Fax: (415) 541-9366
Email: pgordon@hansonbridgett.com
Email: jnapoli@hansonbridgett.com

/s/__Michael Allen_____

Michael Allen