MICHAEL ALLEN
mallen@relmanlaw.com
**RELMAN & DANE, PLLC**
1225 19th Street NW, Suite 600
Washington, DC  20036
Telephone: 202-728-1888
Facsimile: 202-728-0848

KYRA KAZANTZIS (SBN 154612)
kyrak@lawfoundation.org
JAMES ZAHRADKA (SBN 196822)
jamesz@lawfoundation.org
KIM PEDERSON (SBN 234785)
kimp@lawfoundation.org
**LAW FOUNDATION OF SILICON VALLEY:**
**FAIR HOUSING LAW PROJECT**
111 West Saint John Street, Suite 315
San Jose, California 95113
Telephone: 408-280-2401
Facsimile:  408-293-0106

SUSAN ANN SILVERSTEIN
ssilverstein@aarp.org
**AARP FOUNDATION LITIGATION**
601 E. Street, NW, Rm A4-140
Washington DC 20049
Telephone: 202-434-2159
Facsimile: 202-434-6424

**\*\*E-Filed 4/9/09\*\***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Jose Division)

| | |
|---|---|
| Sally Herriot,<br><br>    Plaintiff,<br><br>    v.<br><br>Channing House,<br><br>    Defendant. | Case No.  C06-06323 JF<br><br>[PROPOSED] ORDER ON STIPULATION TO STAY THIS COURT'S ORDER OF JANUARY 29, 2009 AND ISSUE AN INJUNCTION PENDING APPEAL |

# [PROPOSED] ORDER

Upon reviewing the Stipulation between Plaintiff SALLY HERRIOT and Defendant CHANNING HOUSE, and good cause appearing, IT IS ORDERED that:

1. The effect of this Court's Order Denying Plaintiff's Motion for Reconsideration and Granting Defendant's Motion for Summary Judgment (January 29, 2009) (Docket No. 92) shall be STAYED pending resolution of Plaintiff Herriot's appeal to the Ninth Circuit;

2. Defendant Channing House shall be ENJOINED from transferring Plaintiff Herriot from her independent living apartment while her appeal is pending in the Ninth Circuit; and

3. As a result of the stipulation between the parties, the April 10, 2009 hearing on Plaintiff's Motion for Stay and Injunction Pending Appeal may be taken off of this Court's calendar.

SO ORDERED.

Dated: 4/9/09

_____
Hon. Jeremy Fogel
United States District Court Judge