MICHAEL ALLEN
mallen@relmanlaw.com
**RELMAN & DANE, PLLC**
1225 19th Street NW, Suite 600
Washington, DC 20036
Telephone: 202-728-1888
Facsimile: 202-728-0848

KYRA KAZANTZIS (SBN 154612)
kyrak@lawfoundation.org
JAMES ZAHRADKA (SBN 196822)
jamesz@lawfoundation.org
KIM PEDERSON (SBN 234785)
kimp@lawfoundation.org
**LAW FOUNDATION OF SILICON VALLEY:**
**FAIR HOUSING LAW PROJECT**
152 North Third Street, Third Floor
San Jose, California 95112
Telephone: 408-280-2401
Facsimile: 408-293-0106

SUSAN ANN SILVERSTEIN
ssilverstein@aarp.org
**AARP FOUNDATION LITIGATION**
601 E. Street, NW, Rm A4-140
Washington DC 20049
Telephone: 202-434-2159
Facsimile: 202-434-6424

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### (San Jose Division)

| | |
|---|---|
| Sally Herriot, <br><br> Plaintiff, <br><br> v. <br><br> Channing House, <br><br> Defendant. | Case No. C06-06323 JF <br><br> [PROPOSED] ORDER ON STIPULATION FOR COURT TO RETAIN JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT AND RELEASE |

-1-

Herriot v. Channing House: C06-06323 JF
[PROPOSED] Order on Stipulation for Court to Retain Jurisdiction to Enforce Settlement Agreement and Release

-2-

1 **[PROPOSED] ORDER**

Upon reviewing the Stipulation between Plaintiff SALLY HERRIOT and Defendant CHANNING HOUSE, and good cause appearing, IT IS ORDERED that:

This Court shall retain jurisdiction over this matter solely for the purposes of enforcing the Settlement Agreement and Release entered into between the parties on March 11, 2010.

SO ORDERED.

Dated: 3/18/10

_____
Hon. Jeremy Fogel
United States District Court Judge

-2-